

RECEIVED

MAR 17 2006

CLERK
LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| JOSEPH SEMIEN | CIVIL ACTION NO. 05-1056 |
| VS. | JUDGE MELANÇON |
| UNIVERSAL SODEXHO ROWAN COMPANIES, INC. | MAGISTRATE JUDGE HILL |

## RULING ON MOTION TO COMPEL
### *(Rec. Doc. 18)*

Before the undersigned magistrate judge is the motion to compel responses to

interrogatories filed by defendant, Rowan Companies, Inc. ("Rowan"), on February 21, 2006.[1]

The motion is unopposed.[2]

On January 4, 2006, Magistrate Judge Hill issued a ruling compelling plaintiff to respond

to Interrogatories and Requests for Production of Documents propounded by Rowan on

October 5, 2005.[3] The instant motion sets forth that plaintiff did not fully and completely answer

the discovery, nor has plaintiff answered the Interrogatories propounded on November 18, 2005.

A review of plaintiff's responses to the October 5, 2003 discovery shows that plaintiff has not

fully and completely answered the interrogatories. Moreover, plaintiff has not responded to the

outstanding discovery propounded on November 18, 2005. Considering the foregoing and that

the motion is unopposed,

---

[1] Rec. Doc. 18. The case is pending before Magistrate Judge Hill, however, the motion was transferred to the undersigned for disposition.

[2] Local Rule 7.5W requires that written opposition to a motion be filed within 15 days after service of the motion. Plaintiff has not filed an opposition.

[3] Rec. Doc. 17.

smb T:\Mimi-CGG\051056.Semien.unopp mtcmpl.wpd3/14/06

**IT IS HEREBY ORDERED** that Rowan's motion to compel responses to interrogatories is **GRANTED**. Plaintiff shall provide full and complete responses to Rowan's interrogatories **within seven days of the date of this order.**

**IT IS FURTHER ORDERED** that, pursuant to F.R.Civ.P. 37(a)(4), plaintiff shall pay the attorney's fees and costs incurred in connection with the filing and prosecution of the instant motion to compel. Counsel for the Rowan shall file an affidavit of fees and costs into the record **on or before April 4, 2006** in order to assist the court in the assessment of a reasonable fees and costs award. The affidavit(s) shall contain: (1) The customary hourly rate of each attorney and paralegal involved; (2) a detailed description of each task completed, and a statement of the amount of time expended upon each task; and (3) an itemized list of expenses incurred. Failure to file the affidavit in the form required and/or within the deadline imposed will render the award null and void. **Objections to the affidavit shall be filed on or before April 19, 2006.**

The Clerk of Court shall notice any affidavit filed for consideration on the undersigned's April 2006 motion calendar, without oral argument, as an "assessment of Rule 37(a)(4) fees and expenses."

**IT IS FURTHER ORDERED** that the Clerk shall FAX a copy of this order to all counsel of record.

**IT IS FURTHER ORDERED** that the Clerk shall remove the motion to compel from

3

the undersigned's March 22, 2006 motion calendar.

Signed at Lafayette, Louisiana on March 17th, 2006.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)

SENT
3-17-06
oal
mem
via fax: Credeur
Hurley
Rice
Shaw haw III