
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 5/12/06

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| JOSEPH SEMIEN | CIVIL ACTION NO. 05-1056 |
| VS. | JUDGE MELANÇON |
| UNIVERSAL SODEXHO ROWAN COMPANIES, INC. | MAGISTRATE JUDGE HILL |

### RULING ON AMOUNT OF RULE 37(d) SANCTIONS

On March 17, 2006, the undersigned magistrate judge ordered, pursuant to F.R.Civ.P. 37(a)(4) of the Federal Rules of Civil Procedure, plaintiff to pay the reasonable expenses and attorney fees of defendant, Rowan Companies, Inc. ("Rowan"), caused by his failure to respond to outstanding discovery.[1] Rowan was ordered to file an affidavit of fees and costs incurred in filing the motion to compel. That affidavit is now before the court.[2] Plaintiff does not oppose the affidavit.

Rowan seeks an award of $360.00 in legal fees. Rowan requests an hourly rate of $200.00 for attorney Grady S. Hurley, whose affidavit details 1.8 hours spent in connection with preparing the motion to compel.

Rule 37(a)(4) FED. R. CIV. P. provides that when a motion to compel is granted the court shall require the party whose conduct necessitated the motion to pay to the moving party the reasonable expenses incurred in making the motion, including reasonable attorneys' fee. Reasonable attorneys' fees are determined by multiplying the reasonable hours expended by a reasonable hourly rate. Hensley v. Eckerhart, 461 U.S. 424, 434 (1983). The calculation of

---

[1] Rec. Doc. 23.

[2] Rec. Doc. 26.

reasonable hours requires a determination of whether the total number of hours claimed were reasonable and whether specific hours claimed were reasonably expended. League of United Latin American Citizens #4552 (LULAC) v. Rosco Independent Sch. Dist., 119 F. 3d 1228, 1232 (1997). A reasonable hourly billing rate is based on the "prevailing market rates in the relevant community." Blum v. Stenson, 465 U.S. 886, 895 (1984).

After reviewing the affidavit and noting that the request is unopposed, the undersigned concludes that an award of $360.00 reasonably compensates Rowan for the expenses incurred in brining the motion to compel.

**IT IS THEREFORE ORDERED** that plaintiff shall forward payment to Rowan's counsel of record the sum of $360.00 within thirty (30) days following receipt of this order.

Signed at Lafayette, Louisiana on May  12th, 2006.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, LA 70501
(337) 593-5140     FAX 593-5155